# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Boise Cascade Corp.

Case No. Civil 00-2344RHK/RLE

v.

**JUDGMENT IN A CIVIL CASE**

Paper, Allied-Industrial, Chemical and
Energy Workers (PACE), Local 7-0159

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Boise's motion for summary judgment seeking to vacate arbitration award is **GRANTED**; defendant's motion for summary judgment is **DENIED**; defendant's counterclaim is **DISMISSED WITH PREJUDICE**; the arbitrator's award reinstating Burmcister with back pay and seniority is **VACATED**.

DATE: April 6, 2001

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk